IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADIAHA STRANGE, et al. | 1:19-CV-321 |
| AISHA PHILLIPS, et al. | 1:19-CV-325 |
| ADRIAN NICHOLSON, et al. | 1:19-CV-519 |
| AMELIA GREEN, et al. | 1:19-CV-670 |
| ASIA ARCHIE, et al. | 1:19-CV-575 |
| ALEXIS CANNON, et al. | 1:19-CV-823 |
| Plaintiffs, | |
| v. | |
| SELECT MANAGEMENT RESOURCES, LLC, et al., | |
| Defendants. | |

## MOTION TO ENFORCE SETTLEMENTS

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, Moving Plaintiffs (identified on Ex. A to the Declaration of James Faucher filed contemporaneously herewith) hereby move the Court to enforce the settlement agreement that Defendants made with each Moving Plaintiff. In support of this Motion, Moving Plaintiffs rely on the pleadings, the Declaration of James Faucher and attachments thereto, and the arguments and authorities con-

tained in the Brief in Support of Motion to Enforce Settlement being filed contemporaneously herewith.

WHEREFORE, Moving Plaintiffs respectfully request the Court to enter an Order enforcing the settlements that Defendants made with each respective Moving Plaintiff. Contemporaneously herewith, Moving Plaintiffs are filing a Motion to File Supplemental Complaint to assert claims under N.C. Gen. Stat. § 75-1.1 *et seq.* to treble the amount of the damages awarded to each Moving Plaintiff and for an award of attorneys fees.

Respectfully submitted, this the 14th day of February, 2020.

/s/James R. Faucher
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
james@greensborolawcenter.com
*Attorney for the Moving Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiffs certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 14th day of February, 2020.

/s/James R. Faucher
James R. Faucher
N.C. State Bar No. 31514
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm St., Suite 200
Greensboro, NC 27401
Telephone: 336.478.6000
Fax: 336.273.5597
james@greensborolawcenter.com
*Attorney for the Moving Plaintiffs*