IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADIAHA STRANGE, et al | 1:19-CV-321 |
| AISHA PHILLIPS, et al | 1:19-CV-325 |
| ADRIAN NICHOLSON, et al | 1:19-CV-519 |
| AMELIA GREEN, et al | 1:19-CV-670 |
| ASIA ARCHIE, et al | 1:19-CV-575 |
| ALEXIS CANNON, et al | 1:19-CV-823 |
| Plaintiffs, v. | |
| SELECT MANAGEMENT RESOURCES, LLC, et al | **REPLY IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD** |
| Defendants. | |

## ANDERSON FINANCIAL SERVICES, LLC'S REPLY IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD

Pursuant to LR 7.2, Defendant Anderson Financial Services, LLC d/b/a LoanMax (hereinafter "LoanMax") submits this reply in support of its Motion to Confirm Arbitration Award, (Doc. 124). For clarification purposes, LoanMax seeks only confirmation of the Arbitration Award (hereinafter "Award") (attached as "Exhibit A") as written. Specifically, LoanMax seeks confirmation of the following findings in the Award: (1) the Loan Agreement (attached as "Exhibit B") is a valid and enforceable contract under Virginia law; and (2) Plaintiff Edward Matthew Blakely, III, is not entitled to any relief or recovery from LoanMax.

WHEREFORE, LoanMax respectfully moves for an order confirming the Award and entering judgment on behalf of Anderson Financial Services, LLC d/b/a LoanMax to dismiss all of Plaintiff's substantive claims.

This the 3rd day of June, 2021.

                                              /s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 835-4542
Email: melaniedubis@parkerpoe.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Defendants certifies that the foregoing was filed with the Court and served on the parties via filing with the Court's CM/ECF system which will send notice of the filing to all counsel of record.

Respectfully submitted, this the 3rd day of June, 2021.

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 835-4542
Email: melaniedubis@parkerpoe.com

*Attorney for Defendants*