## AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Courtney Deandrea Nelson          Claimant
-vs-           Case # 01-20-0000-2582
Kipling Financial Services, LLC
MoneyMax          Respondent

### ORDER OF DISMISSAL
### AND AWARAD OF ATTORNEY FEES AND COSTS OF ARBITRATION

The Claimant in this case, Courtney Deandrea Nelson, has failed to make contact with her attorney and has failed to make contact with the American Arbitration Association (AAA) regarding whether she would continue to pursue this arbitration. She has been given due and proper notice to make contact on numerous occasions but has failed to do so.

As a result, her Counsel was permitted to withdraw from the case. (See Order Permitting Withdrawal of Counsel for Claimant entered April 15, 2021). At that point AAA sent proper notice of the order to Claimant and reminded her of the previously set hearing date of April 27, 2021.

Claimant did not make any contact or appearance up to and including the hearing date of April 27, 2021, and therefore all her Claims set forth in this case are hereby DISMISSED WITH PREJUDICE and the Attorney Fees incurred by Respondent in this case in the amount of $2,792.00 are to be borne by Claimant and shall be paid by Claimant to Respondent within thirty (30) days of the entry of this order.

In addition, it should be noted that, in accordance with the Consumer Rules of the American Arbitration Association, the administrative filing fees ($200.00 paid in advance by Claimant and $1,700.00 paid in advance by Respondent) and the compensation of the arbitrator ($1,250.00 paid in advance by Respondent) are not subject to reallocation between the parties in this particular case.

And further, in order to bring this particular case to an end, the counterclaims set forth by Respondent are also dismissed, but without prejudice, to preserve their right to refile these claims at a later time if they so desire.

_7/13/21_
Date

_Robert S. Culpepper_
Arbitrator