IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADIAHA STRANGE, et al<br>AISHA PHILLIPS, et al<br>ADRIAN NICHOLSON, et al<br>AMELIA GREEN, et al<br>ASIA ARCHIE, et al<br>ALEXIS CANNON, et al<br><br>        Plaintiffs,<br>v.<br><br>SELECT MANAGEMENT<br>RESOURCES, LLC, et al<br>        Defendants. | 1:19-CV-321<br><br><br>**ORDER AND JUDGMENT** |

This matter is before the Court on motion of Defendant Kipling Financial Services, LLC d/b/a MoneyMax to confirm the arbitration award and for entry of judgment pursuant to 9 U.S.C. § 9 as to the claims by Plaintiff Courtney Deandrea Nelson. Upon consideration of the record, and in the absence of any objection by the plaintiff, the Court finds that the award, Doc. 158-1, has not been vacated, modified, or corrected and the motion should be granted.

It is **ORDERED AND ADJUDGED** that:

1.  The arbitration award, Doc. 158-1, is **CONFIRMED** and judgment is entered in favor of MoneyMax against Plaintiff Courtney Deandrea Nelson, as provided in the award.

2.  The Plaintiff's claims are **DISMISSED** with prejudice.

3. Attorney fees incurred by MoneyMax in the amount of $2,792.00 are to be

   borne by Plaintiff.

This the 3rd day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE

2